UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARRY GONZALEZ, on behalf of himself
and those similarly situated,

    Plaintiff,

v.                                                            Case No: 8:13-cv-2098-T-36EAJ

TZ INSURANCE SOLUTIONS LLC,

    Defendant.
_____/

# **O R D E R**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on June 11, 2015 (Doc. 131). In the Report and Recommendation, Magistrate Judge Jenkins recommends that the Court grant the parties' Joint Motion for Settlement Approval, Dismissal of Remaining Opt-ins, and Stipulation of Dismissal with Incorporated Memorandum of Law (Doc. 127). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The parties filed a Joint Notice of Non-Objection (Doc. 133).

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 131) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion for Settlement Approval, Dismissal of Remaining Opt-ins, and Stipulation of Dismissal with Incorporated Memorandum of Law (Doc. 127) is **GRANTED.**

(3) The settlement is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(4) The claims against Defendant by Frank Chary and Patricia Szemkus are **DIMISSED without prejudice.**

(5) The claims of the remaining Opt-in Plaintiffs are **DISMISSED with prejudice.**

(6) This action is **DISMISSED**, with prejudice.

(7) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on June 15, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record